UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO.     2:16-cv-00193-WOB-REW

KATHY WEHNER                                                                                  PLAINTIFF,

VS.                                                                              *ELECTRONICALLY FILED*

CORRECTIONS OFFICER TERRI BRESLINE, et al.                      DEFENDANT

---

**AFFIDAVIT OF MATTHEW CONSIDINE**

---

Comes Affiant, Matthew Considine, after being duly sworn and cautioned states as follows:

1. The physical model of iPhone has no impact on how that feature of camera application operates as indicated in my October 31, 2017 report. The feature detailed is Operating System (a.k.a iOS) specific.

2. The iPhone 5 which was the basis for the test that I performed for my expert report had iOS 11 which was released in 2017.

3. Literature does not indicate that any update altered the camera application's feature's functionality, as described in my expert report from October 31, 2017, at any point in between the release of the 2011 iOS and the 2017 iOS.

4. To ensure that the functionality of the iPhone Camera Application as described in my expert report had not changed, I performed the same test on an iPhone 4 with iOS 4.2.8, which released in 2011 and was the oldest version of iOS available to me at the time.

5. The test results showed identical functionality from the test performed with the iPhone 5 which was the subject of my expert report.

6. Based upon the literature and the additional test, it is my opinion that all iPhones with an iOS updated after 2011 would functionally operate the same as the iPhone 5 that was tested for my report.

7. It is therefore my professional opinion is in no way altered by the claim that the iPhone 4 series would function differently than an iPhone 5 series, as the hardware does not effect the feature of the camera application that is the basis of my expert report.

Further, Affiant Sayeth Naught.

1

*[signature]*
Matthew Considine

COMMONWEALTH OF KENTUCKY

COUNTY OF Fayette

Sworn to and subscribed before me, by Matthew Considine, this 11th day of May, 2018.

SEBASTIAN BRUCE
Notary Public
Kentucky – State at Large
My Commission Expires Apr 28, 2021

*[signature]* Sebastian Bruce
Notary Public
My Comm. Exp. April 28, 2021